No. 85–258. MILLER *v.* INTERNATIONAL TELEPHONE & TELE-GRAPH CORP. C. A. 2d Cir. Certiorari denied.

No. 85–262. CORDIS CORP. *v.* MEDTRONIC, INC. C. A. Fed. Cir. Certiorari denied.

No. 85–269. NABORS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–270. GANT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–274. STELLY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 85–277. GOVERN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–281. SOMMERSTEDT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–290. RAYNER ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–291. JACOB *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–306. ROSS ET AL. *v.* BOWKER ET AL. Ct. App. Iowa. Certiorari denied.

No. 85–311. COLLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–319. WOODSIDE, ADMINISTRATOR OF THE ESTATE OF WOODSIDE *v.* NATIONAL DIRECTOR OF VETERAN'S ADMINISTRATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–320. PAPPANIKOLAOU *v.* ADMINISTRATOR OF THE VETERANS ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 85–324. FAZZINO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.